# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,       :       Case No. 3:08-cr-38

- vs -       :       District Judge Walter Herbert Rice
                                          Magistrate Judge Michael R. Merz

John S. McIntire, IV.,       :

        Defendant.       :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz on Motion for Reconsideration (Doc. #97), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's third ground for relief is DISMISSED with prejudice.

October 20, 2009.

                                                                       Walter Herbert Rice
                                                                       United States District Judge